**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6307**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

WILBERT GRADY LEE, JR., a/k/a Griz,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:06-cr-00081-IMK-1)

_____

Submitted: June 26, 2013          Decided: July 5, 2013

_____

Before AGEE and THACKER, Circuit Judges, HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Wilbert Grady Lee, Jr., Appellant Pro Se. Shawn Angus Morgan, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert Grady Lee, Jr., appeals the district court's order granting, in part, his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>United States v. Lee</u>, No. 1:06-cr-00081-IMK-1 (N.D.W. Va. Jan. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>